## IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| EDWARD KIRBY,<br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL HOOPES, individually and in his official capacity as an officer for the Des Moines Police Department; BRYAN LOFTUS, individually and in his official capacity as an officer for the Des Moines Police Department; and THE CITY OF DES MOINES, IOWA,<br>　　　　Defendants. | Case No. LACL163199<br><br>NOTICE OF REMOVAL |

**COME NOW** Defendants, Michael Hoopes, Bryan Loftus, and the City of Des Moines, by and through their undersigned counsel, and for their Notice of Removal state as follows:

1. Attached is a copy of the Original Notices, Petition and Jury Demand filed in the Iowa District Court for Polk County on July 21, 2025, and proof of service dated September 9, 2025. This is a complete list of pleadings and other papers filed in the State Court.

2. The Petition makes a federal claim against the Defendants, specifically a claim under 42 U.S.C. §§1983 alleging a violation of the Fourth Amendment to the United States Constitution.

3. This case is removed pursuant to 28 U.S.C. §§ 1441(a) and (c).

4. There are no matters pending in the state court, other than the Petition, which will require resolution by this Court.

5. Plaintiff is represented by counsel, Adam Witosky, 2015 Grand Avenue, Ste. 200, Des Moines, Iowa 50312, Telephone: (515) 235-0551, Email: adam@bswiowa.com.

6. This Notice is filed with the Court within thirty days after service of the Petition in which Plaintiff asserts his federal claims.

7. A copy of this Notice of Removal is being filed in the Iowa District Court for Polk County.

WHEREFORE, Defendants pray the case be removed from the Iowa District Court for Polk County to the United States District Court for the Southern District of Iowa.

Respectfully submitted,

   */s/ Michelle Mackel-Wiederanders*
Michelle Mackel-Wiederanders AT0003231
Assistant City Attorney
City Hall, 400 Robert D. Ray Dr.
Des Moines, IA  50309-1891
Telephone: (515) 283-4537
E-mail:  mrmackel@dmgov.org
ATTORNEY FOR DEFENDANTS