**IN THE IOWA DISTRICT COURT FOR POLK COUNTY**

| | |
|---|---|
| EDWARD KIRBY,<br>　　　Plaintiff,<br><br>vs.<br><br>MICHAEL HOOPES, individually and in his official capacity as an officer for the Des Moines Police Department; BRYAN LOFTUS, individually and in his official capacity as an officer for the Des Moines Police Department; and THE CITY OF DES MOINES, IOWA,<br>　　　Defendants. | Case No. LACL163199<br><br><br><br>RULE 81 CERTIFICATION |

COME NOW Defendants, and in compliance with local Rule 81, provides a list of the following:

　　A.　The papers filed in State Court to date include the following and are attached to the Notice of Removal.

　　　　1.　Original Notice, Petition, and Jury Demand for Actions under §42 U.S. 1983, among other claims, and proof of service.

　　B.　The Petition is the only matter pending in the State Court which will require resolution by this Court.

　　C.　Plaintiff is represented by counsel, Adam Witosky, 2015 Grand Avenue, Ste. 200, Des Moines, Iowa 50312, Telephone: (515) 235-0551, Email: adam@bswiowa.com.

　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　/s/ Michelle Mackel-Wiederanders
　　　　　　　　　　　　　　　　Michelle Mackel-Wiederanders AT0004790
　　　　　　　　　　　　　　　　Assistant City Attorney
　　　　　　　　　　　　　　　　400 Robert D. Ray Drive
　　　　　　　　　　　　　　　　Des Moines, IA  50309-1891
　　　　　　　　　　　　　　　　Telephone: (515) 283-4537
　　　　　　　　　　　　　　　　E-Mail:  mrmackel@dmgov.org
　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANTS